UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES LEON SAPP,

    Plaintiff,

v.          Case No. 3:05-cv-974-J-20MMH

JUDGE HARLOW H. LAND, JR.,
et al.,

    Defendants.
_____

### ORDER

1. This cause is before the Court upon Plaintiff's Notice of Appeal (Doc. #10); Request for Certificate of Appealability (Doc. #11); and, Motion to Proceed *In Forma Pauperis* on Appeal (Doc. #12). This appeal is not taken in good faith under Rule 24(a)(3) of the Federal Rules of Appellate Procedure and 28 U.S.C. § 1915(a)(3). Thus, Plaintiff is not entitled to appeal as a pauper.

2. Plaintiff is assessed **$9.00** as an initial partial filing fee as provided in 28 U.S.C. § 1915(b)(1)(A). The appellate filing and docketing fees in this case are $255.00.

3. The agency having custody of Plaintiff shall forward, within **THIRTY (30) DAYS** from the date of this Order, the initial partial filing of **$9.00** to the Clerk of Court. A check from a penal institution, a cashier's check, or a money order should be made payable to "Clerk, U.S. District Court." Personal checks will not be accepted. The following information shall either be included on the face of the check from the penal institution, cashier's check, or money order or attached thereto: (1) the full name of the prisoner; (2) the prisoner's inmate number; and, (3) Middle District of Florida Case Number. Checks or money orders which do not have this information will be returned to the penal institution.

4. After payment of the initial partial filing fee, Plaintiff shall be required to make monthly payments of twenty percent of the preceding month's income (that is, all funds deposited into the account) credited to the account. The agency having custody of Plaintiff shall forward payments from Plaintiff's account on a monthly basis to the Clerk of Court each time the amount in the account exceeds $10.00. These payments shall continue until the appellate filing and docketing fees of $255.00 are paid in full. The prisoner information described in Paragraph 3 shall either be included on the face of the check from the penal institution, cashier's check, or money order or attached thereto.

5. Plaintiff is warned that he is ultimately responsible for payment of the appellate filing and docketing fees should the agency with custody over him lapse in its duty to make payments on his behalf. For this reason, if Plaintiff is transferred to another jail or correctional institution, he should ensure that the new institution is informed about this appeal and the required monthly payments as set out herein. Plaintiff is advised to retain a copy of this Order for this purpose.

6. The **Clerk of Court** shall **MAIL** a copy of this Order to the Department of Corrections, 2601 Blair Stone Road, Tallahassee, FL 32399-2500, Attention: Susan Maher.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of October, 2005.

UNITED STATES DISTRICT JUDGE

sc 10/27
c:
James L. Sapp
USCA

3